FILED
7/26/2022

Clerk, U.S. District Court
District of Montana
Great Falls Division

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, vs. **KEVIN S. WOOD,** Defendant. | **VIOLATION:** E1102348 **Location Code: M13** **ORDER** |

Based upon the United States' motion to accept the defendant's payment of a $35 fine and $30 processing fee for violation E1102348 (for a total of $65), and for good cause shown, **IT IS ORDERED** that the $65 fine paid by the defendant is accepted as a full adjudication of violation E1102348. **IT IS FURTHER ORDERED** that the initial appearance scheduled for August 26, 2022, is **VACATED**.

DATED this 26th day of July, 2022.

_____
John Johnston
United States Magistrate Judge